July 8, 2015

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711


Re: Cause No. D-1-GN-11-003205
    Court of Appeals No: 03-15-000248-CV

Style: Brigham v. Boytim

Dear Mr. Kyle:

I will have the Reporter's Record filed by tomorrow, July 9, 2015.

/s/ LaSonya Thomas
Official Court Reporter, 261st District Court
(512) 854-9331